IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DERRICK ARNOLD, # 230214, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19cv368-WHA |
| | ) | [WO] |
| PATRICE RICHIE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On July 5, 2019, the Magistrate Judge filed a Recommendation (Doc. # 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 4) is ADOPTED; and

(2) This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 26th day of July, 2019.

      /s/ W. Harold Albritton III
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE